**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NAZLY AILEEN BAYRAMOGLU,<br><br>  Plaintiff<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>  Defendant | Case No.: 2:23-cv-00855-APG-NJK<br><br>**Order Setting Briefing Schedule and Hearing on Plaintiff's Motion for Temporary Restraining Order**<br><br>[ECF No. 6] |

Plaintiff Nazly Bayramoglu is a trademark attorney at Bayramoglu Law Offices, LLC. She seeks a temporary restraining order against defendant Amazon.com, Inc. to enjoin Amazon from sending emails to applicants to its Amazon Brand Registry that suggest that Bayramoglu has engaged in abusive or risky behavior related to trademark applications. Bayramoglu seeks an injunction prior to her attendance at a June 16 trademark festival in China because she contends that the emails are damaging her reputation in the international trademark community.

I THEREFORE ORDER plaintiff Nazly Bayramoglu to immediately serve Amazon with the complaint, the motion for temporary restraining order including all exhibits, and a copy of this order and to file proof of service on the docket identifying whether Amazon was served, how, and when.

I FURTHER ORDER that any response to the motion for temporary restraining order shall be filed by **5:00 p.m. (PDT) on Monday, June 12, 2023**.

I FURTHER ORDER that any reply shall be filed by **5:00 p.m. (PDT) on Tuesday, June 13, 2023**.

I FURTHER ORDER that the motion for temporary restraining order (ECF No. 6) is set for hearing on **Wednesday, June 14, 2023, at 2:30 p.m. (PDT)** by video conference. The

courtroom administrator will provide counsel with the link to attend the video conference. Members of the public seeking access to this hearing must contact the courtroom administrator Melissa Johansen by email at Melissa_Johansen@nvd.uscourts.gov before the day of the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removing court-issued media credentials, restricted entry to future hearings, denial of access to future hearings, or any other sanctions deemed necessary by the Court.

      Counsel is reminded that this is a formal court proceeding and that proper courtroom attire is expected.

      DATED this 6th day of June, 2023.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE