SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawnmangano@bayramoglu-legal.com
NIHAT DENIZ BAYRAMOGLU, ESQ.
Nevada Bar No. 14030
deniz@bayramoglu-legal.com
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Suite 100
Henderson Nevada 89014
Telephone:  702.462.5973
Facsimile:   702.553.3404

*Attorneys for Plaintiff Nazly Aileen Bayramoglu*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **NAZLY AILEEN BAYRAMOGLU**<br><br>Plaintiff,<br><br>vs.<br><br>**AMAZON.COM, INC.**<br><br>Defendant. | Case No.: 2:23-cv-00855-APG-NJK<br><br>**PLAINTIFF'S REQUEST TO WITHDRAW MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION WITHOUT PREJUDICE** |

Plaintiff NAZLY AILEEN BAYRAMOGLU ("Plaintiff") by and through her attorney of record, Shawn Mangano of the Bayramoglu Law Offices, LLC, hereby requests to withdraw her Motion for Temporary Restraining Order and Preliminary Injunction without prejudice. (ECF No. 6). Plaintiff further requests the Court take the hearing currently set for Wednesday, June 14, 2023, at 2:30 p.m. (PDT), off calendar. (ECF No. 9.)

Plaintiff makes this request because Defendant Amazon.com, Inc. ("Amazon") has agreed to issue an acceptable apology letter to her, issue a retraction e-mail to the clients that had their Amazon Brand Registry applications denied based on the erroneous belief that she had engaged in improper conduct before the United States Patent and Trademark Office and enter into a binding settlement agreement in this matter. Once the parties have entered into a settlement agreement,

Plaintiff expects to file an appropriate dismiss request that shall include an order of dismissal signed by the Court to give third parties confidence in the dismissal and associated exhibits, which are expected to include the apology letter and sample retraction email.

Dated this 12th day of June 2023.

**BAYRAMOGLU LAW OFFICES LLC**

By: _/s/ Shawn A. Mangano_
SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
NIHAT DENIZ BAYRAMOGLU, ESQ.
Nevada Bar No. 14030
540 West Warm Springs Road, Suite 100
Henderson, Nevada 89014
Telephone:  702.462.5973
Facsimile:   702.553.3404
Deniz@bayramoglu-legal.com
ShawnMangano@bayramoglu-legal.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Elizabeth Cummings, hereby certify that a true and correct copy of the foregoing **PLAINTIFF'S REQUEST TO WITHDRAW MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION WITHOUT PREJUDICE** was served upon the following by electronic mail on this 12th day of June, 2023:

Ambika Kumar
E: ambikakumar@dwt.com
**Davis Wright Tremaine LLP**
920 Fifth Ave., Ste. 3300
Seattle, WA 98104
Tel. (206) 622-3150

*Counsel for Amazon.com, Inc.*

By: /s/ Elizabeth Cummings
Elizabeth Cummings, Paralegal
Bayramoglu Law Offices LLC