NIHAT DENIZ BAYRAMOGLU, ESQ.
Nevada Bar No. 14030
deniz@bayramoglu-legal.com
SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawnmangano@bayramoglu-legal.com
**BAYRAMOGLU OFFICES LLC**
1540 West Warm Springs Road Suite 100
Henderson Nevada 89014
Telephone:  702.462.5973
Facsimile:   702.553.3404

*Attorneys for Plaintiff Nazly Aileen Bayramoglu*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **NAZLY AILEEN BAYRAMOGLU**<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**AMAZON.COM, INC.**<br><br>　　　　Defendant. | Case No.: 2:23-cv-00855-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　　Plaintiff NAZLY AILEEN BAYRAMOGLU ("Plaintiff") and Defendant Amazon.com, Inc. ("Amazon"), by and through their attorneys of record, Shawn Mangano of the Bayramoglu Law Offices, LLC, and Rory Kay of McDonald Carano LLP, hereby stipulate and agree as follows:

　　　　1.　　On May 31, 2023, Ms. Bayramoglu, a trademark attorney, filed this lawsuit, alleging Amazon defamed her by sending emails to one or more of her clients or those of her firm stating that Amazon would not enroll them in Amazon's Brand Registry because "the trademark [TM] registration was filed by an attorney who has previously been associated with a TM that was sanctioned/made invalid by the United States Patent and Trademark Office (USPTO) for violating USPTO's Terms and Conditions" and "[i]n order to move forward, you will need to file a new

trademark with an attorney who has not been associated with any abusive/risky conduct in the past."

2. Ms. Bayramoglu and Amazon have reached a settlement in this matter. Amazon has apologized for and will retract these emails, which were sent in error, and has stopped sending them. Amazon has no reason to believe that Ms. Bayramoglu has engaged in any professional misconduct before the USPTO. A copy of the apology letter is attached as Exhibit 1.

3. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Ms. Bayramoglu dismisses this lawsuit with prejudice, with each party to bear her or its attorneys' fees and costs.

IT IS SO STIPULATED, this 15th day of June 2023.

| | |
|---|---|
| **BAYRAMOGLU OFFICES LLC** | **McDONALD CARANO LLP** |
| By: /s/ Shawn A. Mangano<br>NIHAT DENIZ BAYRAMOGLU, ESQ.<br>Nevada Bar No. 14030<br>SHAWN A. MANGANO, ESQ.<br>Nevada Bar No. 6730<br>540 West Warm Springs Road, Suite 100<br>Henderson, Nevada 89014<br>Telephone:  702.462.5973<br>Facsimile:   702.553.3404<br>Deniz@bayramoglu-legal.com<br>ShawnMangano@bayramoglu-legal.com<br><br>*Attorneys for Plaintiff* | By: /s/ Rory Kay<br>RORY KAY, ESQ.<br>Nevada Bar No. 12416<br>2300 W. Sahara Ave., Suite 1200<br>Las Vegas, NV 89102<br>Telephone: 702.873.4100<br>Facsimile: 702.873.9966<br>rkay@mcdonaldcarano.com<br><br>*Attorneys for Defendant Amazon, Inc.* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: June 20, 2023

2

# EXHIBIT 1



June 13, 2023

Nazly Aileen Bayramoglu
Bayramoglu Law Offices LLC
1540 W. Warm Springs Road, Suite 100
Henderson, Nevada 89014 USA

Dear Ms. Bayramoglu:

Amazon.com, Inc., sent emails to one or more of your clients and those of Bayramoglu Law Office stating that Amazon would not enroll them in Amazon's Brand Registry because "the trademark [TM] registration was filed by an attorney who has previously been associated with a TM that was sanctioned/made invalid by the United States Patent and Trademark Office (USPTO) for violating USPTO's Terms and Conditions" and "[i]n order to move forward, you will need to file a new trademark with an attorney who has not been associated with any abusive/risky conduct in the past."

These emails were sent in error and are no longer being sent. Amazon has no reason to believe that you have engaged in any professional misconduct before the USPTO, nor do your clients need to change counsel to proceed with ABR enrollment.

In addition, we are aware of rumors of a purported list of attorneys or law firms "banned" from representing clients in ABR enrollment. Amazon has not produced and is not affiliated in any way with such a document. Any representation that it created such a list is false.

On behalf of Amazon, I sincerely apologize to you and your law firm for this mistake.

Sincerely,

Benjamin U. Okeke
Senior Corporate Counsel